THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN REILLY,  :
  :
    Plaintiff,  :
  :
v.  : 3:21-CV-1521
  : (JUDGE MARIANI)
EMILY SARAH JONES, *et al.*,  :
  :
    Defendants.  :

## ORDER

AND NOW, THIS 12th DAY OF MAY, 2022, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss Plaintiff's Claim for Punitive Damages (Doc. 3) is **DENIED**.

_____
Robert D. Mariani
United States District Court Judge